UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

----oo0oo----

PRESENTACION HAW,

        Plaintiff,

   v.

WASHINGTON MUTUAL BANK, et. al.,

        Defendants.

NO. CIV. S-09-0407 FCD KJM

<u>ORDER AND ORDER TO SHOW CAUSE RE SANCTIONS</u>

----oo0oo----

    1.    The hearing on defendant Federal Deposit Insurance Corporation's Motion to Substitute Receiver and Motion to Dismiss (Docket #s 7 and 11), Defendant MortgageIT, Inc.'s Motion to Dismiss and Motion to Strike (Docket #s 15 and 17), and Defendants JPMorgan Chase Bank, N.A.'s Motion to Dismiss (Docket #20) is continued to July 10, 2009, at 10:00 a.m.  Plaintiff shall file and serve its opposition briefs or notices of non-opposition no later than June 26, 2009.  Defendants may file and serve their replies on or before July 3, 2009.

    2.    Plaintiff is ordered to show cause why he should not be sanctioned in the amount of $150.00 for failing to file an opposition or notice of non-opposition to defendants' motions in

compliance with Local Rule 78-230(c).

    3. Plaintiff shall file his response to the order to show cause on or before June 26, 2009.

    4. A hearing on the order to show cause, if necessary, will follow the hearing on the aforementioned motions.

IT IS SO ORDERED.

DATED: June 16, 2009

_____
FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE