UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

----oo0oo----

PRESENTACION R. HAW,

        Plaintiff,

    v.

WASHINGTON MUTUAL BANK, et. al.,

        Defendants.

NO. CIV. S-09-0407 FCD KJM

ORDER AND ORDER TO SHOW CAUSE RE SANCTIONS

----oo0oo----

    1.   The hearing on Defendant Indymac Bank, F.S.B.'s Motion to Substitute Federal Deposit Insurance Corporation as Receiver (Docket #44), and Motion to Dismiss (Docket #47), Defendant MortgageIT, Inc.'s Motion to Strike (Docket #50), and Motion to Dismiss (Docket #52), and Defendant JP Morgan Chase Bank's Motion to Dismiss (Docket #55) is continued to January 15, 2010, at 10:00 a.m.  Plaintiff shall file and serve its opposition brief or notice of non-opposition no later than December 31, 2009.  The Defendants may file and serve their replies on or before January 8, 2010.

2.   Plaintiff's counsel is ordered to show cause why he should not be sanctioned in the amount of $150.00 for failing to file an opposition or notice of non-opposition to defendants' motions in compliance with Local Rule 78-230(c).

3.   Plaintiff's counsel shall file his response to the order to show cause on or before December 31, 2009.

4.   A hearing on the order to show cause, if necessary, will follow the hearing on the Motions to Dismiss.

IT IS SO ORDERED.

DATED: November 2, 2009

_____
FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE

2