UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

----oo0oo----

PRESENTACION R. HAW, et. al.,

        Plaintiffs,

   v.

WASHINGTON MUTUAL BANK, et. al.,

        Defendants.

NO. CIV. S-09-0407 FCD KJM

<u>ORDER TO SHOW CAUSE AND FOR SANCTIONS</u>

----oo0oo----

    1.   The hearing on Defendant Indymac Bank, F.S.B.'s Motion to Substitute Federal Deposit Insurance Corporation as Receiver (Docket #44), and Motion to Dismiss (Docket #47), Defendant MortgageIT, Inc.'s Motion to Strike (Docket #50), and Motion to Dismiss (Docket #52), and Defendant JP Morgan Chase Bank's Motion to Dismiss (Docket #55) is continued to February 26, 2010, at 10:00 a.m. Plaintiff shall file and serve its opposition brief or notice of non-opposition no later than February 12, 2010.  The Defendants may file and serve a reply on or before February 19, 2010.

2. Plaintiff's counsel, Mr. Richard A. Taguinod, is ordered to pay sanctions in the amount of **$150.00** for his failure to file a response to the Order to Show Cause filed on November 2, 2009, and his continual failure to file an opposition or notice of non-opposition to defendants' motions in compliance with Local Rule 230(c). Payment should be in the form of a check made payable to the Clerk of the Court. The sum is to be paid personally by plaintiff's counsel **not later than ten (10) days** from the filing of this Order for Sanctions.

3. Plaintiff's counsel shall file his response to this order to show cause on or before February 12, 2010. If plaintiff's counsel fails to file a response, the Court will sanction counsel $300.00. Counsel is further cautioned that this case may be summarily dismissed if a response is not timely received.

4. A hearing on the order to show cause, if necessary, will follow the hearing on the motions.

IT IS SO ORDERED.

DATED: January 4, 2010

_____
FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE