UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PRESENTACION R. HAW, | **CASE NO.: 209-CV-0407 FCD-KJN** |
| Plaintiffs, | **JUDGE:** Hon. Judge Frank C. Damrell, Jr |
| v. | **ORDER GRANTING MOTION FOR ORDER EXPUNGING LIS PENDENS** |
| WASHINGTON MUTUAL BANK, INDYMAC BANK, F.S.B., MORTAGE ELECTRONIC REGISTRATION SYSTEMS, INC., MORTGAGEIT, INC., QUALITY LOAN SERVICE, CORP.; GMAC MORTGAGE, L.L.C.; JPMORGAN CHASE BANK, NATIONAL ASSOCIATION, and DOES 1 TO 98, INCLUSIVE; | |
| Defendant. | |

This matter is before the Court on the motion of Defendant JPMorgan Chase Bank, N.A., An Acquirer Of Certain Assets And Liabilities Of Washington Mutual Bank From The Federal Deposit Insurance Corporation Acting As Receiver ("JPMorgan" or "Defendant"), for an order to expunge

the Notice of Pendency of Action filed against the real property located at 4900 Waterstone Drive, Roseville, California 95747 ("Subject Property").

Having read and considered the motion, the memoranda and declaration filed by defendant, and considering that no opposition was file to the motion, the Court finds that Plaintiff did not establish by a preponderance of the evidence the probable validity of the alleged real property claim because the First Amended Complaint was dismissed by the United States District Court and therefore cannot affect title or possession of the Subject Property.

**IT IS ORDERED THAT** the motion is granted. The Notice of Pendency of Action (lis pendens) recorded on February 13, 2009 with the Placer County Recorder's Office, as Document No. 20090010568 is ordered expunged.

Date: June 8, 2010

_____
FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE